[No. 9835–4–III.   Division Three.   December 13, 1990.]

*In the Matter of the Marriage of* DANA FELLMAN, *Appellant, and* JOHN FELLMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–3–00813–5, Albert J. Yencopal, J., entered January 28, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Green, A.C.J., concurred in by Thompson and Shields, JJ.

[Nos. 13273–7–II; 13274–5–II.   Division Two.   December 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SARA M. READ, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. RONALD E. WARDELL, *Appellant.*

Appeals from a judgment of the Superior Court for Mason County, No. 89–1–00067–9, James B. Sawyer II, J., entered September 5 and 12, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 13387–3–II.   Division Two.   December 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR D. BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 88–1–00121–2, Paula Casey, J., entered October 27, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.